JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NEW JERSEY |
| **DAVID CULAR** | CHAPTER 13 |
| | CASE NO.: 18-21229/KCF |
| DEBTORS | **NOTICE OF MOTION FOR ORDER ALLOWING THE SALE OF REAL PROPERTY** |
| | HEARING DATE: July 25, 2018 at 9:00 AM |
| | ORAL ARGUMENT WAIVED |

TO:   1.  UNITED STATES BANKRUPTCY COURT

      2.  ALBERT RUSSO, TRUSTEE

      3.  SECURED CREDITORS

      **PLEASE TAKE NOTICE** that the undersigned attorney for the Debtors shall move for the following relief:

### FOR AN ORDER ALLOWING THE SALE OF REAL PROPERTY

      Pursuant to Local Rule 9013-1(b), the motion is returnable before the Honorable Kathryn C Ferguson, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608 and will be heard on the date and time as listed in the caption or as soon thereafter as counsel may be heard.

      Pursuant to Local Rule 9013-1(i), Fed. R. Bankr. P. 9017 and Fed. R. Civ. P. 37(e), the undersigned will rely on the certification submitted in support of this motion.

      **STATEMENT OF NON-NECESSITY OF BRIEF**: The movant certifies,

pursuant to Local Rule 9013-2, that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

      Pursuant to Local Rule 9013-3 and 9072-1, a Certificate of Service and proposed form of order is annexed.

      Pursuant to Local Rule 9013-1(d), all answering papers and cross-motions shall be filed and served at least seven days before the return date of this motion. If you wish to contest this motion, you must file with the office of the clerk of the United States Bankruptcy Court responding papers stating with particularity the basis of your opposition to the within motion. You must also mail a copy of your opposition to:

JAMES J. CERBONE, P.C.


DATED:                               / s / James J. Cerbone, Esquire
                                         JAMES J. CERBONE, ESQUIRE